**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**UNITED STATES OF AMERICA,**

    v.                                                                          **1:10-cr-573**

**GIRIDHAR SEKHAR,**

        **Defendant.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

### ORDER

Upon the Mandate of the United States Court of Appeals for the Second Circuit [dkt. # 121], and Sekhar's motion for expedited relief [dkt. # 122], the Indictment in this matter [dkt. # 6] is **dismissed** and the Judgment of Conviction of Giridhar C. Sekhar [dkt. # 106] is **vacated**.

Sekhar's motion [dkt. # 122] for return of his passport is **granted.** Sekhar should contact the U.S. Department of State, Office of Passport Policy and Advisory Services, 2100 Pennsylvania Avenue, NW, 3rd Floor, Washington, D.C. 20037 and provide a copy of this Order for return of his passport.

Sekhar's motion [dkt. # 122] for an order sealing the record in this case is **denied**. Sekhar offers no reason to overcome the public's constitutional and common law rights to access this judicial proceeding, and the Court finds none.

**IT IS SO ORDERED.**

Dated: October 10, 2013

_Thomas J. McAvoy_
Thomas J. McAvoy
Senior, U.S. District Judge